95



FILED

2003 OCT -8 P 2:05

HARTFORD COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA G. COHEN, | DN. 3:01CV1391 (AWT) |
| *Plaintiff,* | |
| v. | |
| ELECTRONIC DATA SYSTEMS CORPORATION, et al., | |
| *Defendants.* | October 8, 2003 |

### DEFENDANT'S MOTION ON CONSENT TO RESET REPLY BRIEF DEADLINE

Defendants Electronic Data Systems Corporation, Ellen Arce, Nancy Honeck and Douglas LaFrance, by and through the undersigned counsel, respectfully move on consent for an order granting a ten (10) day extension, until October 20, 2003, to file their Reply Brief in Support of their Motion for Summary Judgment and their Brief in Opposition to Plaintiff's Motion to Strike. After several extensions, Plaintiff filed her Brief in Opposition to Defendants' Motion for Summary Judgment and her Motion to Strike on September 23, 2003. Accordingly, Defendants' Reply Brief is to be filed by October 10, 2003.

In light of the timing of Plaintiff's filing of her Brief in Opposition and Motion to Strike around the recent holidays and in the midst of the undersigned counsel's preparation of a Brief in Opposition to a Petition for a Writ of Certiorari to the United States Supreme Court, Defendants

Extension GRANTED, to and including October 20, 2003. It is so ordered.

/s/ Alvin W. Thompson
Alvin W. Thompson, U.S.D.J.
Hartford, CT    10/13/03

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385