UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA G. COHEN, | : | DN. 3:01CV1391 (AWT) |
| *Plaintiff,* | : | |
| v. | : | |
| ELECTRONIC DATA SYSTEMS CORPORATION., et al., | : | |
| *Defendants.* | : | October 20, 2003 |

### DEFENDANTS' MOTION TO RESET REPLY BRIEF DEADLINE

Defendants Electronic Data Systems Corporation, Ellen Arce, Nancy Honeck and Douglas LaFrance, by and through the undersigned counsel, respectfully move for an order granting a final, brief four (4) day extension, until October 24, 2003, to file their Reply Brief in Support of their Motion for Summary Judgment and their Brief in Opposition to Plaintiff's Motion to Strike. Defendants' Reply Brief is currently due October 20, 2003.

Due to the hospitalization over the weekend of the mother of Defendants' counsel who has taken the lead on the preparation of these briefs, Jonathan S. Forman, as well as counsel's previously scheduled obligation to be out-of-town on October 21 and 22, 2003, Defendants respectfully submit that they need this final period of time to thoroughly respond in support of their Motion for Summary Judgment and in Opposition to Plaintiff's Motion to Strike. Defendants further submit that this short extension will not prejudice the Plaintiff and that they do not seek this

extension for the purpose of unnecessary delay. By facsimile and email dated October 20, 2003, Defendants' counsel attempted to contact Plaintiff's counsel regarding this requested relief. However, Plaintiff's counsel did not respond prior to the deadline for filing this Motion.

WHEREFORE, for all of the foregoing reasons, Defendants respectfully move for leave to file their Reply Brief in Support of their Motion for Summary Judgment and their Brief in Opposition to Plaintiff's Motion to Strike on or before October 24, 2003. Defendants have previously requested one extension of time to file their Reply Brief and their Brief in Opposition to Plaintiff's Motion to Strike.

Respectfully submitted,

By: _____
MARTIN. T. WYMER, ESQ. (CT22965)
KENNETH B. STARK, ESQ. (CT23422)
JONATHAN S. FORMAN, ESQ. (CT22966)
Duvin, Cahn & Hutton, L.P.A.
Erieview Tower, 20th Floor
1301 E. Ninth Street
Cleveland, Ohio 44114
(216) 696-7600
(216) 696-2038 (facsimile)

- and -

GARY S. STARR, ESQ. (CT06038)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

COUNSEL FOR DEFENDANTS

2

## CERTIFICATION

    A copy of the foregoing was mailed first class mail, postage prepaid, on October 20, 2003, to the following persons:

William B. Barnes, Esq.
Rosenstein & Barnes
P.O. Box 687
1100 Kings Hwy. East
Fairfield, CT 06432
(203) 367-7922

355679 v.01

_____
GARY S. STARR, ESQ.

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385