01CV1391

FILED

2003 OCT 27 P 2: 43

US DISTRICT COURT
HARTFORD CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA G. COHEN, | : | DN. 3:01CV1391 (AWT) |
| *Plaintiff,* | : | |
| v. | : | |
| ELECTRONIC DATA SYSTEMS CORPORATION, et al., | : | |
| *Defendants.* | : | October 27, 2003 |

### DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7(d), Defendants respectfully request for an extension of the page limitation for their Reply Brief in Support of their Motion for Summary Judgment in the above captioned case from 10 pages to 10 ½ pages.

The additional pages are needed to adequately address all the issues raised in Plaintiff's Opposition to Summary Judgment.

The Defendants' counsel has tried to contact Plaintiff's counsel, but has been unable to speak with him to ascertain his position on this motion.

For these reasons, the Defendants respectfully request that the Court grant an extension of the page limitation for Defendants' Reply Brief in Support of Their Motion for Summary Judgment.

Respectfully submitted,

By: _____
MARTIN. T. WYMER, ESQ. (CT22965)
KENNETH B. STARK, ESQ. (CT23422)
JONATHAN S. FORMAN, ESQ. (CT22966)
Duvin, Cahn & Hutton, L.P.A.
Erieview Tower, 20th Floor
1301 E. Ninth Street
Cleveland, Ohio 44114
(216) 696-7600
(216) 696-2038 (facsimile)

- and -

GARY S. STARR, ESQ. (CT06038)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

COUNSEL FOR DEFENDANTS

## CERTIFICATION

A copy of the foregoing was mailed first class mail, postage prepaid, on October 27, 2003, to the following persons:

William B. Barnes, Esq.
Rosenstein & Barnes
P.O. Box 687
1100 Kings Hwy. East,
Fairfield, CT 06432
(203) 367-7922

_____
GARY S. STARR, ESQ.

356320 v.01

3

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385