97

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA G. COHEN, | : DN. 3:01CV1391 (AWT) |
| Plaintiff, | : |
| v. | : |
| ELECTRONIC DATA SYSTEMS CORPORATION., et al., | : |
| Defendants. | : October 20, 2003 |

### DEFENDANTS' MOTION TO RESET REPLY BRIEF DEADLINE

Defendants Electronic Data Systems Corporation, Ellen Arce, Nancy Honeck and Douglas LaFrance, by and through the undersigned counsel, respectfully move for an order granting a final, brief four (4) day extension, until October 24, 2003, to file their Reply Brief in Support of their Motion for Summary Judgment and their Brief in Opposition to Plaintiff's Motion to Strike. Defendants' Reply Brief is currently due October 20, 2003.

Due to the hospitalization over the weekend of the mother of Defendants' counsel who has taken the lead on the preparation of these briefs, Jonathan S. Forman, as well as counsel's previously scheduled obligation to be out-of-town on October 21 and 22, 2003, Defendants respectfully submit that they need this final period of time to thoroughly respond in support of their Motion for Summary Judgment and in Opposition to Plaintiff's Motion to Strike. Defendants further submit that this short extension will not prejudice the Plaintiff and that they do not seek this

Extension GRANTED, nunc pro tunc,
to and including October 24, 2003.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    11/4/03    SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385