98



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA G. COHEN, | : | DN. 3:01CV1391 (AWT) |
| Plaintiff, | : | |
| v. | : | |
| ELECTRONIC DATA SYSTEMS CORPORATION, et al., | : | |
| Defendants. | : | October 27, 2003 |

**DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION**

Pursuant to Local Rule 7(d), Defendants respectfully request for an extension of the page limitation for their Reply Brief in Support of their Motion for Summary Judgment in the above captioned case from 10 pages to 10 ½ pages.

The additional pages are needed to adequately address all the issues raised in Plaintiff's Opposition to Summary Judgment.

The Defendants' counsel has tried to contact Plaintiff's counsel, but has been unable to speak with him to ascertain his position on this motion.

GRANTED. The Clerk is instructed to docket the attached reply brief. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    11/19/2003

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385