UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA G. COHEN, | : | DN. 3:01CV1391 (AWT) |
| *Plaintiff,* | : | |
| v. | : | |
| ELECTRONIC DATA SYSTEMS CORPORATION., et al., | : | |
| *Defendants.* | : | February 4, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Attorneys Kenneth B. Stark and Jonathan S. Forman of Duvin, Cahn & Hutton request permission to withdraw their appearance on behalf of Defendants Electronic Data Systems Corporation, Ellen Arce, Nancy Honeck and Douglas LaFrance. Martin T. Wymer, now of the law firm of Baker & Hostetler, 3200 National City Center, 1900 East Ninth Street, Cleveland, Ohio 44114, telephone number (216) 621-0200, will remain as counsel for Defendants, as will Gary S. Starr of Shipman & Goodwin LLP.

Notice of this Motion has been sent to each of the defendants by certified mail pursuant to Local Rule 7(e).

Respectfully submitted,

/s/ Gary Starr
KENNETH B. STARK, ESQ. (CT23422)
JONATHAN S. FORMAN, ESQ. (CT22966)
Duvin, Cahn & Hutton, L.P.A.
Erieview Tower, 20th Floor
1301 E. Ninth Street
Cleveland, Ohio 44114
(216) 696-7600
(216) 696-2038 (facsimile)

- and -

GARY S. STARR, ESQ. (CT06038)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5501
(860) 251-5500 (facsimile)

COUNSEL FOR DEFENDANTS

2

## CERTIFICATION

A copy of the foregoing was mailed first class mail, postage prepaid, on February 4, 2004, to the following persons:

Martin. T. Wymer, Esq.  
Baker & Hostetler  
3200 National City Center  
1900 East Ninth Street  
Cleveland, Ohio 44114

Kenneth B. Stark, Esq.  
Jonathan S. Forman, Esq.  
Duvin, Cahn & Hutton, L.P.A.  
Erieview Tower, 20th Floor  
1301 E. Ninth Street  
Cleveland, Ohio 44114

William B. Barnes, Esq.  
Rosenstein & Barnes  
P.O. Box 687  
1100 Kings Hwy. East,  
Fairfield, CT 06432  
(203) 367-7922

AND a copy of the foregoing was mailed certified mail, return receipt requested, on February 4, 2004, to the following persons:

Ms. Karie Dalton  
Litigation Paralegal  
Electronic Data Systems Corporation  
5400 Legacy Drive, H3-3D-05  
Plano, TX 75024

Ms. Ellen Arce  
1517 Moose Hill Road  
Guilford, CT 06437

Ms. Nancy Honek  
58 Taylor Road  
West Hartford, CT 06110

Mr. Douglas Lafrance  
58 Schweky Lane  
Southington, CT 06489

_____  
GARY S. STARR, ESQ.

364163 v.01

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW  
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385