

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA G. COHEN, | : | DN. 3:01CV1391 (AWT) |
| *Plaintiff,* | : | |
| v. | : | |
| ELECTRONIC DATA SYSTEMS CORPORATION., et al., | : | |
| *Defendants.* | : | February 4, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Attorneys Kenneth B. Stark and Jonathan S. Forman of Duvin, Cahn & Hutton request permission to withdraw their appearance on behalf of Defendants Electronic Data Systems Corporation, Ellen Arce, Nancy Honeck and Douglas LaFrance. Martin T. Wymer, now of the law firm of Baker & Hostetler, 3200 National City Center, 1900 East Ninth Street, Cleveland, Ohio 44114, telephone number (216) 621-0200, will remain as counsel for Defendants, as will Gary S. Starr of Shipman & Goodwin LLP.

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT