# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

FILED
2006 APR 17 A 11:06

Marcia Cohen

v.

Electronic Data Systems Corp.,
a/k/a EDS; Ellen Arce; Nancy
Honeck; Douglas LaFrance; Marcia
Maims in her individual and official capacity;
Evelyn Dudley in her individual and official capacity

CASE NUMBER: 3:01CV1391 (AWT)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:   Marcia Cohen, Plaintiff

| | |
|---|---|
| 4/12/06 | [signature] |
| Date | Signature |
| CT07091 | Sheila K. Rosenstein |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-367-7922 | 1100 Kings Highway East |
| Telephone Number | Address |
| 203-367-8110 | Fairfield, CT 06824 |
| Fax Number | |
| srosenstein@rosensteinatlaw.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached certification

[signature]
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

**CERTIFICATION**

    A copy of the foregoing was mailed first class mail, postage prepaid, on April 12, 2006, to the following persons:

Martin T. Wymer, Esq.
Baker & Hostetler
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114

Gary S. Starr, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Edward F. Osswalt, Esq.
Sharon A. Scully, Esq.
Asst. Attys. General
Office of the Attorney General
State of Connecticut
55 Elm St.,
P.O. Box 120
Hartford, CT 06141-0120

Sheila K. Rosenstein