UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA G. COHEN, *Plaintiff,* | : : | 3:01-CV-1391 (AWT) |
| v. | : | |
| ELECTRONIC DATA SYSTEMS CORPORATION., et al., *Defendants.* | : : | April 3, 2007 |

### MOTION TO WITHDRAW APPEARANCE

Attorney Catherine M. Esposito hereby requests permission to withdraw her appearance on behalf of Defendant Electronic Data Systems Corporation a/k/a EDS as she is no longer with the law firm of Shipman & Goodwin LLP. Gary S. Starr of Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103, telephone (860) 251-5501, will remain as counsel for Defendant, as will Martin T. Wymer of the law firm of Baker & Hostetler.

Respectfully submitted,

_Catherine M. Esposito_
Catherine M. Esposito
Open Solutions Inc.
455 Winding Brook Drive
Glastonbury, CT 06033
(860) 815-5720

## CERTIFICATION

        This is to certify that on this 3rd day of April 2007, a copy of the foregoing was filed with the court and copies were sent via first-class mail, postage-prepaid to the following parties:

Martin. T. Wymer, Esq.
Baker & Hostetler
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114

Kenneth B. Stark, Esq.
Jonathan S. Forman, Esq.
Duvin, Cahn & Hutton, L.P.A.
Erieview Tower, 20th Floor
1301 E. Ninth Street
Cleveland, Ohio 44114

Sheila K. Rosenstein
William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Hwy. East, Ste. 1C
P.O. Box 687
Fairfield, CT 06432
(203) 367-7922

/s/ Gary S. Starr
GARY S. STARR, ESQ. (CT06038)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5501
(860) 251-5216 (facsimile)

467241 v.01