## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA COHEN | : | CIVIL NO. 3:01CV1391(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ELECTRONIC DATA SYSTEMS, ET AL. | : | |
| *Defendants* | : | April 5, 2007 |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Edward F. Osswalt respectfully requests leave of the Court to withdraw his appearance on behalf of the movants Sheila Dorval and Michael Elkin in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Osswalt had appeared for Dorval and Elkin, non-party witnesses in this matter, for the sole purpose of moving to Quash Subpoenas Duces Tecum and filing a Motion for Protective Order. Since this matter has been resolved, they are no longer involved in this litigation, and Attorney Osswalt's appearance is no longer necessary.

WHEREFORE, the undersigned respectfully requests that he be permitted to withdraw his appearance in this matter.

        MOVANTS
        SHEILA DORVAL and
        MICHAEL ELKIN

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:   /s/ Edward F. Osswalt_____
        Edward F. Osswalt
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5340
        Fax (860) 808-5383
        e-mail: edward.osswalt@po.state.ct.us
        Federal Bar # ct15252


### **CERTIFICATION**

I hereby certify that on April 5, 2007 a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Edward F. Osswalt_____
        Edward F. Osswalt (# ct15252)
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel.: (860) 808-5340
        Fax: (860) 808-5383
        E-mail: edward.osswalt@po.state.ct.us