UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA G. COHEN, | Civil Action No.: |
| | 3:01-CV-01391 (AWT) |
| Plaintiffs, | |
| v. | |
| ELECTRONIC DATA SYSTEMS, CORP., a/k/a EDS, ELLEN ARCE, NANCY HONECK, and DOUGLAS LaFRANCE, | APRIL 9, 2007 |
| Defendants. | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to L. Civ. R. 7(e), the undersigned hereby moves to withdraw his Appearance on behalf of Defendants Electronic Data Systems ("EDS"), Ellen Arce, Nancy Honeck and Douglas LaFrance. These Defendants will continue to be represented by Martin T. Wymer of Baker & Hostetler, 3200 National City Center, 1900 East Ninth Street, Cleveland, Ohio 44114 and Gary S. Starr of Shipman & Goodwin, LLP, One American Row, Hartford, Connecticut 06103.

Done at Bridgeport, Connecticut this 9th day of April 2007.

/s/_____
Stephen M. Sedor (ct21117)
Durant, Nichols, Houston,
Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604
Telephone (203) 366-3438
Facsimile (203) 384-0317
Ssedor@durantnic.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATION

I hereby certify that on April 9, 2007, I have caused to be served a true and correct copy of the foregoing via electronic mail upon the following counsel and pro se parties of record:

Sheila K. Rosenstein, Esq.
Rosenstein & Barnes
P. O. Box 687
1100 Kings Highway East
Fairfield, CT 06824

Martin T. Wymer, Esq.
Baker & Hostetler
3200 National City Center
1900 East Ninth Street
Cleveland, Oh 44114

Gary S. Starr, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

/s/_____
Stephen M. Sedor

P:\lit\ssedor\999999\001\00060069.DOC