UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA G. COHEN,<br><br>                              Plaintiff,<br><br>           vs.<br><br>ELECTRONIC DATA SYSTEMS CORP.,<br>a/k/a EDS, ELLEN ARCE, NANCY<br>HONECK, and DOUGLAS LAFRANCE,<br><br>                              Defendants. | CIVIL NO. 3:01CV01391 (AWT) |

## JOINT MOTION TO SCHEDULE STATUS AND SETTLEMENT CONFERENCES AND RESCHEDULE DEADLINE FOR FILING OF TRIAL MEMORANDUM

Plaintiff Marcia G. Cohen ("Plaintiff") and Defendants Electronic Data Systems Corporation ("EDS"), Ellen Arce, Nancy Honeck, and Douglas LaFrance (collectively, "Defendants") jointly request the scheduling of a status conference with the Court and a settlement conference with a federal Magistrate Judge. The parties also request a continuance of the deadline for filing the trial memorandum until 45 days after the settlement conference is held.

In support of this Motion, the parties state:

1.      This case was initiated on July 23, 2001. Defendants filed a motion for summary judgment on all of Plaintiff's claims on May 30, 2003.

2.      That motion was fully briefed by the parties by October 2003.

3.    The Court denied that motion by order dated March 31, 2007.  Shortly thereafter, this Court issued a Trial Memorandum Order requiring the parties to submit a joint trial memorandum no later than May 14, 2007.

4.    Since Defendants' motion for summary judgment was fully brief in 2003, Plaintiff's lead counsel, William B. Barnes, has retired from the practice of law.  Mr. Barnes' former law partner, Sheila K. Rosenstein, has inherited the file and has entered an appearance in this case.  Ms. Rosenstein was not involved in the underlying proceedings in this case and accordingly has limited familiarity with the file.

5.    Given the length of time that has passed since Plaintiff's deposition (taken on July 9, 2002), the parties anticipate that they will need to conduct discovery related to damages incurred by Plaintiff since that time, including her efforts to mitigate damages over the past five years.  Both parties likely also will need to engage in substantial supplementation of prior voluntary disclosures as well as prior discovery responses, given the change in circumstances over the past five years.

6.    The parties also agree that given the considerable passage of time since this case was active, it makes sense to explore a mutually acceptable resolution of the case under the auspices of a federal Magistrate Judge.

Accordingly, the parties respectfully request that the Court schedule a status conference with the Court and a settlement conference with a federal Magistrate Judge.  The parties further request that the Court continue the deadline for submission of the joint trial memorandum and reset the deadline for a date 45 days from the date of the settlement conference.

Respectfully submitted,

Sheila K. Rosenstein (CT07091)
1100 Kings Highway East
Fairfield, CT  06432
Telephone: 203.367.7922
Facsimile: 203.367.8110
Email: srosenstein@rosensteinatlaw.com

*Attorney for Plaintiff*

Respectfully submitted,

Martin T. Wymer (ct22965)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH  44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: mwymer@bakerlaw.com
          jrollinson@bakerlaw.com

Gary S. Starr (CT06038)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT  06103
Telephone: 860.251.5501
Facsimile: 860.251.5216
Email: GStarr@goodwin.com

*Attorneys for Defendants*

501338629.2

## CERTIFICATION OF SERVICE

This is to certify that on this 20th day of April 2007, a copy of the foregoing Joint Motion to Schedule Status and Settlement Conferences and Reschedule Deadline for Filing of Trial Memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Following Parties may access this filing through the Court's system.

GARY S. STARR, ESQ. (CT06038)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5501
(860) 251-5216 (facsimile)

469296 v1