UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA G. COHEN,<br><br>          Plaintiff,<br><br>vs.<br><br>ELECTRONIC DATA SYSTEMS CORP.,<br>a/k/a EDS, ELLEN ARCE, NANCY<br>HONECK, and DOUGLAS LAFRANCE,<br><br>          Defendants. | CIVIL NO. 3:01CV01391 (AWT) |

## MOTION FOR ADMISSION AS VISITING ATTORNEY

Pursuant to Local Rule 83.1(d), the undersigned, Gary S. Starr, a member of the bar of this Court, respectfully moves the court for admission of Attorney James H. Rollinson, Esq. as a visiting attorney and as additional counsel for Defendants Electronic Data Systems Corporation, Ellen Arce, Nancy Honeck, and Douglas LaFrance in the within matter.   Mr. Rollinson is an associate at Baker & Hostetler LLP, 1900 East 9th Street, Cleveland, Ohio 44114 (tele: 216-621-0200; fax: 216-696-0740; e-mail: jrollinson@bakerlaw.com).

As described in his affidavit which is attached hereto as Exhibit A, Mr. Rollinson has been an attorney in good standing since 1998 and was admitted to practice in the State of New York in 1998, in the Commonwealth of Massachusetts in 2001, in the United States District Court for the Northern District of Ohio in 2005, and in the State of Ohio and the United States District Court for the Southern District of Ohio in 2006.  Mr. Rollinson has not been denied

admission or disciplined by this Court or any other court, and has fully reviewed and is familiar with the local rules of this Court.

Pursuant to D. Conn. L. Civ. R. 83.1(c)(1), Attorney Rollinson designates the undersigned and his office, Shipman & Goodwin, LLP, One Constitution Plaza, Hartford, Connecticut 06103-1919, telephone number (860) 251-5000 as the member of the bar of this Court upon whom service of all papers shall also be made.

The granting of this Motion shall not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

There is good cause for Attorney Rollinson's admission *pro hac vice* in that: (a) he acts as regular counsel to the aforementioned defendants, and (b) said defendants have expressed its confidence in his recommendations as to trial, strategy and settlement and has expressed and requested that Attorney Rollinson represent its interests in this case.

Pursuant to Local Rule 83.1(d)(2), a $25.00 filing fee covering Mr. Rollinson's appearance as a visiting attorney has been tendered to the Clerk with the filing of this Motion.

Opposing counsel has stated that she has no objection to the granting of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant the admission of James H. Rollinson as a visiting attorney in this matter.

Dated at Hartford, Connecticut this 25th day of April, 2007.

DEFENDANTS,
ELECTRONIC DATA SYSTEMS CORP.
A/K/A EDS, ELLEN ARCE, NANCY
HONEK & DOUGLAS LAFRANCE,

By: _____

Martin T. Wymer, Esq.  (CT22965)
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio  44114-3485
Telephone:  (216) 621-0200
Facsimile:    (216) 696-0740
E-mail:  mwymer@bakerlaw.com

- and -

GARY S. STARR, ESQ. (CT06038)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone:  (860) 251-5501
Facsimile:    (860) 251-5216
E-mail:  gstarr@goodwin.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby state that, on this 25th day of April, 2007, I caused to be served by first-class mail, postage prepaid, a copy of the Motion for Admission as a Visiting Attorney upon:

Attorney Sheila K. Rosenstein
William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
P.O. Box 687
Fairfield, CT 06430

Gary S. Starr

469362 v.01

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARCIA G. COHEN,

                              Plaintiff,                    CIVIL NO. 3:01CV01391 (AWT)

        vs.

ELECTRONIC DATA SYSTEMS CORP.,
a/k/a EDS, ELLEN ARCE, NANCY
HONECK, and DOUGLAS LAFRANCE,

                              Defendants.

STATE OF OHIO                    )
                                 )       SS.
COUNTY OF CUYAHOGA               )

## **AFFIDAVIT**

        I, James H. Rollinson, being first duly sworn according to law, deposes and states that the following are true.

        1.      I am an associate with Baker & Hostetler LLP, 1900 East 9th Street, Cleveland, Ohio 44114 (tele: 216-621-0200; fax: 216-696-0740; e-mail: jrollinson@bakerlaw.com).

        2.      I have been an attorney in good standing since 1998.

        3.      I was admitted to practice law in the State of New York in 1998, in the Commonwealth of Massachusetts in 2001, in the United States District Court for the Northern District of Ohio in 2005, and in the State of Ohio and the United States District Court for the Southern District of Ohio in 2006.

        4.      I have not  been denied admission or disciplined by the United States District Court for the District of Connecticut or any other court.

5.    I have fully reviewed and am now familiar with the local rules of the United States District Court for the District of Connecticut.

JAMES H. ROLLINSON

SWORN TO AND SUBSCRIBED BEFORE ME this 24th day of April, 2007.

Notary Public        CASSANDRA L. HEGWOOD
                     Notary Public - State of Ohio
                     My Commission Expires 11/20/2011

469362 v.01