UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA G. COHEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>ELECTRONIC DATA SYSTEMS CORP., a/k/a EDS, ELLEN ARCE, NANCY HONECK, and DOUGLAS LAFRANCE,<br><br>                    Defendants. | CIVIL NO. 3:01CV01391 (AWT) |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff, Marcia Cohen, and Defendants, Electronic Data Systems Corporation ("EDS"), Ellen Arce, Nancy Honeck, and Douglas LaFrance, by and through their attorneys, and hereby stipulate to the dismissal of this case, with prejudice, with each party bearing its own costs.

Respectfully submitted,

_____
Sheila K. Rosenstein (CT07091)
1100 Kings Highway East
Fairfield, CT  06432
Telephone: 203.367.7922
Facsimile: 203.367.8110
Email: srosenstein@rosensteinatlaw.com

*Attorney for Plaintiff*

Respectfully submitted,

_____
Martin T. Wymer (ct22965)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH  44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: mwymer@bakerlaw.com

Gary S. Starr (CT06038)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT  06103
Telephone: 860.251.5501
Facsimile: 860.251.5216
Email: GStarr@goodwin.com

*Attorneys for Defendants*